IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CHARLES EPLEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| MARCO GONZALEZ, *Sergeant at Montford, et al.*, | ) ) ) ) |
| Defendants. | ) Civil Action No. 5:18-CV-0142-C-BQ |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Complaint and all claims therein, except the state law claims, are hereby **DISMISSED** with prejudice.

Furthermore, Plaintiff's state law claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

SO ORDERED this 24th day of June, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE