IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CHARLES EPLEY,                              )
                                            )
                 Plaintiff,                 )
                                            )
v.                                          )
                                            )
MARCO GONZALEZ,                             )
*Sergeant at Montford, et al.,*             )
                                            )
                 Defendants.                )   Civil Action No. 5:18-CV-0142-C

## JUDGMENT PURSUANT TO RULE 54(b)

On this date, the Court entered an Order adopting the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge.  There is no just reason for delay in

entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil

Procedure 54(b).

   **IT IS ORDERED, ADJUDGED, AND DECREED** that: (1) Plaintiff's ADA and RA

claims against all Defendants, other than Defendant TDCJ, are **STRICKEN** under Rule 12(e);

(2) Plaintiff's ADA and RA claims against all Defendants, other than Defendant TDCJ, are

**DISMISSED WITHOUT PREJUDICE** under Rules 12(e) and 41(b); and (3) Plaintiff's state

law claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to

comply with Court orders under Rule 41(b).  This judgment shall be a final judgment pursuant to

Federal Rule of Civil Procedure 54(b).

   Signed this ___17___ day of January, 2023.


                                            _____
                                            SAM R. CUMMINGS
                                            SENIOR UNITED STATES DISTRICT JUDGE